IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT HAUKEREID, individually and as
Personal Representative and Administrator
of the Estate of Andrew Haukereid Jr., deceased            PLAINTIFF

v.            No. 3:13-cv-92-DPM

NATIONAL PASSENGER RAILROAD
CORPORATION, d/b/a AMTRAK            DEFENDANT

ORDER

Motion to clarify, № 31, granted. The Court's Order, № 30, accurately reflects the Court's final ruling at the hearing. The Court and counsel discussed a more-targeted production and Amtrak's preference. But driven by the difficulties of winnowing based on passengers' mental state, and wanting to impose a reasonable limitation on the kind and number of records produced, the Court concluded that a one-report production for each falling passenger was appropriate. Thereafter, Haukereid must make a preliminary showing of substantial similarity to get any more Amtrak materials about a particular fall. Ruling clarified and confirmed.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 December 2013