IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT HAUKEREID, individually and as
Personal Representative and Administrator
of the Estate of Andrew Haukereid Jr., deceased        PLAINTIFF

v.                     No. 3:13-cv-92-DPM

NATIONAL PASSENGER RAILROAD
CORPORATION, d/b/a AMTRAK                              DEFENDANT

ORDER

The Court will decide the many discovery disputes then address the continuance motion.

- **Amended Third Joint Report, № 41.**

1. & 2. The informal interviews should have been done already. Do them by video conference at Haukereid's court reporter's office, which is two blocks from Amtrak's headquarters. Spread them out across two days, picked by the Railroad to minimize work disruption, in July. The Railroad sets the batting order for the same reason.

3. Haukereid may take a supplemental deposition of John Davis to cover only the newly revealed email.

4. This issue is moot.

5. Haukereid's renewed request for event recorder data is denied. Haukereid has not yet presented a sufficient basis for this.

- **Amended Fourth Joint Report, № 43.**

1. Haukereid's request for four 30(b)(6) depositions is denied with one exception. Amtrak must designate someone knowledgeable about the Railroad Safety Advisory Committee's Working Groups' or Task Force's study of exterior side doors and no-motion electrical circuits. Only these issues should be covered.

2. Haukereid's answer, as previously supplemented, to Interrogatory No. 16 is sufficient for now. Haukereid must continue to supplement.

3. Amtrak's request for Medicare-related information is granted for the reasons stated by the Railroad. Haukereid must supplement by 11 July 2014.

- **Opposed Motion for Continuance and Extensions, № 44.**

The motion is granted in part and mostly denied. The remaining discovery can be done by the 8 August 2014 deadline. We need to keep the November trial setting. The Court will enter an Amended Final Scheduling Order with new, compacted expert deadlines. Experts may be deposed

outside the discovery period. The parties can address the experts' opinions in the dispositive motion briefing as it develops.

\* \* \*

Third and fourth joint reports, № 41 & 43, addressed. Motion, № 44, granted in part and mostly denied. An Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

26 June 2014