IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT HAUKEREID, individually and as
Personal Representative and Administrator
of the Estate of Andrew Haukereid Jr., deceased                PLAINTIFF

v.                             No. 3:13-cv-92-DPM

NATIONAL PASSENGER RAILROAD
CORPORATION, d/b/a AMTRAK                                      DEFENDANT

### ORDER

For the reasons stated on the record at today's telephone conference, Haukereid's motion for a ruling, № 48, is granted. The Court orders production of the documents at issue by 18 July 2014 with a privilege log if anything is withheld. The parties must notify the Court by July 23rd if there's any dispute about a privilege issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2014