# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SCOTT HAUKEREID, individually and as
Personal Representative and Administrator
of the Estate of Andrew Haukereid Jr., deceased         PLAINTIFF

v.         No. 3:13-cv-92-DPM

NATIONAL PASSENGER RAILROAD
CORPORATION, d/b/a AMTRAK         DEFENDANT

## ORDER

Counsel advised the Court this morning that they had a disagreement about the informal interviews, which began today. Without objection from either party, the Court conferred by telephone with Mr. Tucker and Mr. Chamberlin to resolve the dispute immediately so that the interviews could proceed as planned. No court reporter was present with the agreement of both lawyers. Mr. Tucker discovered yesterday that the list of individuals provided by Amtrak who were on the train was incorrect in some respects. Apparently some of these individuals were not on the train, and one or two unlisted individuals were. Amtrak requested that the parties forego informal interviews of the people who were not on the train. Haukereid wanted the

interviews to go forward, at least until it could be confirmed by each individual that he or she was not on the train. The Court directed that all of the interviews previously ordered would go forward so that Haukereid can confirm with each listed person, № 38 at 1, whether he or she was actually on the train, and if so, ask follow-up questions. After the Court's ruling, the lawyers went back to work conducting the informal interviews.

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 July 2014