IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT HAUKEREID, individually and as
Personal Representative and Administrator
of the Estate of Andrew Haukereid Jr., deceased          PLAINTIFF

v.                     No. 3:13-cv-92-DPM

NATIONAL PASSENGER RAILROAD
CORPORATION, d/b/a AMTRAK                               DEFENDANT

ORDER

The Court has received the attached letters from counsel. No more letters to Chambers about discovery disputes, please. Follow the procedure in the Court's scheduling order. № 47 at 3. Joint report on the issues about written discovery on other incidents due by July 28th. The Court has enough information on the non-responsive documents issue; there is no need to cover that in the report. The Court will hold a hearing on all the current discovery issues on Friday, 1 August 2014 at 2:30 p.m.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2014