# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SCOTT HAUKEREID, individually and as
Personal Representative and Administrator
of the Estate of Andrew Haukereid Jr., deceased                    **PLAINTIFF**

v.                                    No. 3:13-cv-92-DPM

NATIONAL PASSENGER RAILROAD
CORPORATION, d/b/a AMTRAK                              **DEFENDANT**

## ORDER

For the reasons stated on the record at today's hearing, the Court took

the following actions.

- Amtrak's privilege claims, see its log as supplemented, № 56 &
  65, are approved.

- Amtrak's request for a protective order, № 61, is granted
  temporarily and with skepticism. The Order will expire on 8
  September 2014. Amtrak may seek a targeted permanent Order
  before that date.

- Haukereid's request for relief on the non-responsive documents,
  № 55 & 59, is denied.

- Haukereid's request for prior incident reports, № 62, is granted
  in part and denied in part. The request for reports on passengers
  falling through windows is denied; windows are not doors. For
  each of the seven prior incidents where no report exists, Amtrak
  shall produce an existing document that is substantially similar
  to the incident report. Production due by 15 August 2014.

- Haukereid's request for subsequent incident reports, № 63, is granted as to Dowd, Madison, Hatt, and Diaby.

- Haukereid's request for leave to take more depositions, № 64, is granted in part and denied in part. Haukereid may depose Kelly and Tullos for three hours each. The request is denied as to Jordan.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 August 2014