IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT HAUKEREID,
Individually and as Personal Representative
and Administrator of the Estate of
ANDREW HAUKEREID, JR., deceased                                          PLAINTIFF

v.                          NO. 3:13-CV-0092 DPM

NATIONAL RAILROAD PASSENGER
CORPORATION, d/b/a AMTRAK                                                DEFENDANT

## AMTRAK'S MOTION FOR SUMMARY JUDGMENT

Comes Defendant, National Railroad Passenger Corporation d/b/a Amtrak, and for its Motion for Summary Judgment, states:

1. On April 2, 2013, Plaintiff filed a Complaint against Amtrak alleging claims for negligence and the tort of outrage in connection with the unwitnessed and unexplained disappearance of his father, Andrew Haukereid, Jr. ("Mr. Haukereid"), from an Amtrak train on or about May 20, 2012.

2. On May 7, 2013, Amtrak filed a filed a Motion to Dismiss Plaintiff's Complaint. The Court granted the Motion in part and denied it in part. It dismissed Plaintiff's outrage claim, and it denied the rest of the motion without prejudice.

3. Amtrak is now moving for summary judgment on Plaintiff's remaining claims, which are contained in his Amended and Supplemental Complaint.

4. There are no genuine issues of material fact, and Amtrak is entitled to summary judgment for the reasons contained in its supporting brief.

5. This motion is based upon the pleadings, a supporting brief, statement of material facts to which there is no genuine issue to be tried, and exhibits submitted pursuant to Rule 56 of

–1–

the Federal Rules of Civil Procedure.

  WHEREFORE, Defendant, National Railroad Passenger Corporation d/b/a Amtrak, prays for summary judgment in its favor, for its costs, and for all other just and proper relief.

                Respectfully submitted,

                Scott H. Tucker, #87176
                Kristopher B. Knox, #2004071
                FRIDAY, ELDREDGE & CLARK, LLP
                400 West Capitol Avenue, Suite 2000
                Little Rock, AR 72201
                tucker@fridayfirm.com
                kknox@fridayfirm.com

                *Attorneys for Defendant*
                National Railroad Passenger Corporation
                d/b/a AMTRAK

                /s/ Scott H. Tucker
                SCOTT H. TUCKER, #87176

## **CERTIFICATE OF SERVICE**

I, Scott H. Tucker, do hereby certify that on this 12th day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

James Bruce McMath
Neil Chamberlin
Carter C. Stein
McMATH WOODS P.A.
711 West Third Street
Little Rock, AR   72201

>  */s/* Scott H. Tucker
> SCOTT H. TUCKER #87176
> FRIDAY, ELDREDGE & CLARK
> 400 W. Capitol Avenue, Suite 2000
> Little Rock, Arkansas  72201
> Telephone:  (501) 376-2011
> tucker@fridayfirm.com