IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT HAUKEREID, Individually and as
Personal Representative and Administrator
of the Estate of Andrew Haukereid, Jr., deceased     PLAINTIFF

v.                    No. 3:13-cv-92-DPM

NATIONAL PASSENGER RAILROAD
CORPORATION, d/b/a Amtrak                            DEFENDANT

JUDGMENT

Haukereid's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 November 2014