# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-3752
_____

Scott Haukereid, Individually and as Personal Representative and Administrator of the Estate of Andrew Haukereid Jr, deceased

Plaintiff - Appellant

v.

National Railroad Passenger Corporation, doing business as Amtrak

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Jonesboro
(3:13-cv-00092-DPM)
_____

**JUDGMENT**

Before MURPHY, BENTON and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 08, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans



14-3752 Scott Haukereid v. National Railroad Passenger Co  "judgment filed sua sponte affirmed" (3:13-cv-00092-DPM)

ca08ml_cmecf_Notify    to:                                           03/08/2016 08:43 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 03/08/2016

| | |
|---|---|
| **Case Name:** | Scott Haukereid v. National Railroad Passenger Co |
| **Case Number:** | 14-3752 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion. DIANA E. MURPHY, DUANE BENTON and JANE KELLY Hrg Dec 2015 [4375040] [14-3752] (Melissa Rudolph)

**Notice will be electronically mailed to:**

Mr. Neil Chamberlin: neil@mcmathlaw.com, angel@mcmathlaw.com
Mr. Martin Aaron Kasten: mkasten@fridayfirm.com
Mr. Kristopher B. Knox: kknox@fridayfirm.com, lois@fridayfirm.com, rhoover@fridayfirm.com
Ms. Mary K. McCarroll: mmccarroll@fridayfirm.com, jstone@fridayfirm.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. James Bruce McMath: bruce@mcmathlaw.com, shelia@mcmathlaw.com, angel@mcmathlaw.com
Mr. Carter Stein: carter@mcmathlaw.com, angel@mcmathlaw.com
Mr. Scott Harper Tucker: tucker@fridayfirm.com, lois@fridayfirm.com, rhoover@fridayfirm.com


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**

/opt/ACECF/live/forms/mrudolph_143752_4375040_JudgmentsWithOpinions_258.pdf

**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=03/08/2016] [FileNumber=4375040-0] [866480d30f90e415f1c853d0d647c0a0a2b81dd9ea7d7179c7e016c4391b922e0362faafbe29fe0f871e80656cf0a415bad710aaf5addb8d9523c0daf402dcec]]

**Recipients:**
- Mr. Neil Chamberlin
- Mr. Martin Aaron Kasten
- Mr. Kristopher B. Knox
- Ms. Mary K. McCarroll
- Mr. Jim McCormack, Clerk of Court
- Mr. James Bruce McMath
- Mr. Carter Stein
- Mr. Scott Harper Tucker

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4375040
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 5498566, 5498567, 5498568